ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ZATORIAN SMITH, | ) |
| Plaintiff, | ) |
| v. | ) CV310-036 |
| MATTHEW SNOWDEN, Sergeant, and EARLY TAYLOR, Sergeant, | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's case is **DISMISSED** as a sanction for abuse of the judicial process and for failure to state a claim upon which relief can be granted.

SO ORDERED this ___ day of _July_, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE